1  Steven A. Sherman, Esq.  Bar No. 113621
   Blakney A. Boggs, Esq. Bar No. 266895
2  **FERGUSON, PRAET & SHERMAN**
   A Professional Corporation
3  1631 East 18th Street
   Santa Ana, California  92705-7101
4  (714) 953-5300 telephone
   (714) 953-1143 facsimile
5  ssherman@law4cops.com
   bboggs@law4cops.com
6

7  Attorneys for Defendants

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  GEORGE ENGMAN and ANDREA      )   NO. EDCV 10-284 CAS(FFMx)
    BRAXTER,                       )
13                                 )   **ORDER re STIPULATED**
             Plaintiffs,           )   **DISMISSAL OF**
14                                 )   **DEFENDANTS JOHN HAR,**
    v.                             )   **DAVEY REED, TROY**
15                                 )   **SCUTELLA, and JEFFREY**
    CITY OF ONTARIO, a municipality, )   **ZEEN, WITH PREJUDICE**
16  CITY OF ONTARIO POLICE         )
    DEPARTMENT, JOHN HART, DAVEY )
17  REED, TROY SCUTELLA, and       )
    JEFFREY ZEEN, AND DOES 1 through )
18  10,                            )
                                   )
19           Defendants.           )
    _____ )
20

21                  **O R D E R**

22      **IT IS ORDERED** that Plaintiff's entire lawsuit as such pertains to

23  Defendants **JOHN HART, DAVEY REED, TROY SCUTELLA, and**

24  **JEFFREY ZEEN,** is dismissed with prejudice.

25      Each party is to bear their own costs, fees and expenses, including

26  attorney fees.

27  DATED:  March 21, 2012          _Christine A. Snyde_____

28                                  Hon. Christine A. Snyder
                                    United States District Judge