Steven A. Sherman, Esq. Bar No. 113621
Blakney A. Boggs, Esq. Bar No. 266895
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
ssherman@law4cops.com
bboggs@law4cops.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ENGMAN and ANDREA BRAXTER,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ONTARIO, a municipality, CITY OF ONTARIO POLICE DEPARTMENT, JOHN HART, DAVEY REED, TROY SCHTELLA, and JEFFREY ZEEN, AND DOES 1 through 10,<br><br>    Defendants. | NO. EDCV 10-284 CAS(FFMx)<br><br>**ORDER re STIPULATED DISMISSAL OF DEFENDANTS CITY OF ONTARIO and ONTARIO POLICE DEPARTMENT, WITH PREJUDICE** |

## O R D E R

**IT IS ORDERED** that Plaintiff's entire lawsuit as such pertains to Defendants **CITY OF ONTARIO and ONTARIO POLICE DEPARTMENT,** is dismissed with prejudice.

Each party is to bear their own costs, fees and expenses, including attorney fees.

DATED: March 21, 2012

*Christine A. Snyder*
Hon. Christine A. Snyder
United States District Judge